Brian Logarbo

I appreciate your love of academics.

Brian Logarbo

Ambition & drive that inspires others

Brian Logarbo

BRIAN, So thankful to have you as a part of our Med/Peds family. Keep up the great work!



**Brian Logarbo**

Keep up the detailed patient care! Look forward to working together in the future.

**Brian Logarbo**

You are passionate & enthusiastic, which I know can be channeled to achieve great things within the program.

**Brian Logarbo**

Brian, I haven't gotten to work with you much, but you really seem to care about your patients and do what's needed for them

**Brian Logarbo**

focused
compassionate
intelligent

**Brian Logarbo**

So glad to have you as part of the team! Thanks for doing the program proud with your research on top of your other diligent work. Stay strong!

**Brian Logarbo**

You are rocking intern year!

**Brian Logarbo**

You are such a thorough resident and such a people person ~~in clinic~~ in clinic. You're great with patients and your halloween costume was 10/10!

**Brian Logarbo**

– Hard-working + always willing to help. Very funny!

**Brian Logarbo**

Hardworking, Commanding, and intelligent. Looking forward to continue working with you