UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| **BRIAN P LOGARBO** | **CIVIL ACTION NO. 22-cv-0831** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **LOUISIANA STATE UNIVERSITY HEALTH SCIENCES CENTER ET AL** | **MAGISTRATE JUDGE HORNSBY** |

**J U D G M E N T**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge [Doc. No. 36] previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED, ADJUDGED, AND DECREED** that Defendants' Motion for Partial Dismissal [Doc. No. 30] is **GRANTED IN PART**. All federal claims are **DISMISSED WITH PREJUDICE** for failure to state a claim on which relief may be granted.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that the Court declines to exercise jurisdiction over the state law claims. This case is hereby **remanded** to the First Judicial District Court, Caddo Parish, Louisiana, where the case was pending as number 631,168.

MONROE, LOUISIANA, this the 14th day of December 2022.

_____
**TERRY A. DOUGHTY**
**UNITED STATES DISTRICT JUDGE**